| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for Nationstar Mortgage LLC d/b/a Champion Mortgage Company |
| In Re:<br>Anthony Joseph Gambardo Sr.<br><br>                                            Debtor |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case

Case No: 17-18335 CMG

Chapter: 13

Judge: Christine M. Gravelle

on behalf of

Nationstar Mortgage LLC d/b/a Champion Mortgage Company

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

17 Chelsea Road Manalapan, NJ 07726

DOCUMENTS
☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐☐ All documents and pleadings of any nature.

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Denise Carlon, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*