MICHAEL D. FITZGERALD, ESQ.
Monmouth County Counsel
County of Monmouth
Hall of Records, Room 236
One East Main Street
Freehold, New Jersey 07728
(732) 683-8640
Attorney for Monmouth County Sheriff

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re:  Anthony Joseph Gambaro, Sr. | : | CASE NO. 17-18335 |
| | : | |
| | : | **NOTICE OF APPEARANCE** |
| | : | **AND DEMAND FOR SERVICE** |
| | : | **OF PAPERS PURSUANT TO** |
| Debtor. | : | **BANKRUPTCY RULES 9010** |
| | : | **AND 2002** |

TO:  Bankruptcy Clerk
United States Bankruptcy Court
402 E. State Street
Trenton, NJ 08608

PLEASE TAKE NOTICE that the undersigned, appearing for the Monmouth County Sheriff's Office, creditor and party-in-interest herein, pursuant to Rules 2002 and 9010 of the Rules of Bankruptcy Procedure, demand that all notices given or required to be given in this case and all papers filed and served in this case and in any and all adversary proceedings in this case and all notice mailed to any committee, trustee and/or their authorized agents and to any and all creditors and/or equity security holders or other secured creditors who file with the Court or request that all notices be mailed to them be given to and served upon the undersigned at the office address and telephone numbers set forth below:

MICHAEL D. FITZGERALD, ESQ.
MONMOUTH COUNTY COUNSEL
County of Monmouth
Hall of Records, Room 236
One East Main Street
Freehold, NJ 07728
P- (732) 683-8640
F- (732) 431-0437

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the rule specified above, but also includes, without limitation, orders and notice of any application, motion petition, pleading request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand deliver, telephone, telegraph, telecopier, telex or otherwise, which affects the Debtor or the property of the Debtor.


BY:        /s/ Michael D. Fitzgerald
           MICHAEL D. FITZGERALD, ESQ.
           Monmouth County Counsel

DATED:     May 10, 2017