UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:  CASE NO.: 17-18335-CMG
CHAPTER 13

Anthony Joseph Gambaro, Sr.,

   Debtor.

_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

**Robertson, Anschutz & Schneid, P.L.**
Attorneys for Secured Creditor
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
-and-
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)
By: /s/Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com

17-091800 - TeU
Gambaro, Joseph Anthony Sr.
Request for Service

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 14, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DAVID L. ALBA, ESQ.
LAW OFFICES OF DAVID L. ALBA, ESQ.
8 BROAD STREET
FREEHOLD, NJ  07728

ANTHONY JOSEPH GAMBARO, SR.
A ROAD
MANALAPAN, NJ  07726

ALBERT RUSSO
CHAPTER 13 STANDING TRUSTEE
CN 4853
TRENTON, NJ  08650-4853

US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com