| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2017 to 02/20/2018
**Chapter 13 Case No. 17-18335 / CMG**

| | |
|---|---|
| Anthony Joseph Gambaro, Sr. | Petition Filed Date: 04/25/2017 |
| 17 Chelsea Road | 341 Hearing Date: 06/15/2017 |
| Manalapan  NJ    07726 | Confirmation Date: 07/19/2017 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/13/2017 | $893.00 | 2920740 | 06/21/2017 | $883.00 | 2920744 | 07/11/2017 | $883.00 | 2920781 |
| 08/08/2017 | $883.00 | 3026034 | 09/20/2017 | $883.00 | 3068006 | 10/17/2017 | $883.00 | 3112803 |
| 11/14/2017 | $883.00 | 765743 | 12/20/2017 | $883.00 | 765749 | 01/17/2018 | $883.00 | 765755 |

**Total Receipts for the Period: $7,957.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,957.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Anthony Joseph Gambaro, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | David L Alba<br>»»  ATTY DISCL | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,158.74 | $0.00 | $1,158.74 |
| 2 | TD BANK USA NA | Unsecured Creditors | $1,461.25 | $0.00 | $1,461.25 |
| 3 | BANK OF AMERICA, N.A. | Unsecured Creditors | $5,129.12 | $0.00 | $5,129.12 |
| 4 | Nationstar Mortgage, LLC<br>»»  P/17 CHELSEA RD/1ST MTG/ORD 12/5 | Mortgage Arrears | $37,217.10 | $4,836.30 | $32,380.80 |
| 5 | Wells Fargo Bank, NA<br>»»  TEAM ELECTRIC HTG & CLG | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | Wells Fargo Bank, NA<br>»»  TEAM ELECTRIC HTG&CLG | Unsecured Creditors | $10.43 | $0.00 | $10.43 |

**Chapter 13 Case No. 17-18335 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/20/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,957.00 | Plan Balance: | $45,023.00 ** |
| Paid to Claims: | $6,636.30 | Current Monthly Payment: | $883.00 |
| Paid to Trustee: | $495.10 | Arrearages: | $873.00 |
| Funds on Hand: | $825.60 | Total Plan Base: | $52,980.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**