| Office Mailing Address: | Send Payments **ONLY** to: |
| --- | --- |
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 17-18335 / CMG**

Anthony Joseph Gambaro, Sr.

Petition Filed Date: 04/25/2017
341 Hearing Date: 06/15/2017
Confirmation Date: 07/19/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01/17/2018 | $883.00 | 765755 | 02/21/2018 | $883.00 | 765779 | 03/22/2018 | $883.00 | 3119568 |
| 04/17/2018 | $883.00 | 765791 | 05/18/2018 | $883.00 | 765797 | 06/19/2018 | $883.00 | 765801 |
| 07/17/2018 | $883.00 | 3119479 | 08/14/2018 | $883.00 | 3118911 | 09/18/2018 | $883.00 | 3118935 |
| 10/16/2018 | $883.00 | 3118965 | 11/21/2018 | $883.00 | 3118982 | 12/20/2018 | $883.00 | 3304614 |

**Total Receipts for the Period:  $10,596.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $18,553.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| --- | --- | --- | --- | --- | --- |
| 0 | Anthony Joseph Gambaro, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | David L Alba<br>»» ATTY DISCL | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,158.74 | $0.00 | $1,158.74 |
| 2 | TD BANK USA NA | Unsecured Creditors | $1,461.25 | $0.00 | $1,461.25 |
| 3 | BANK OF AMERICA, N.A. | Unsecured Creditors | $5,129.12 | $0.00 | $5,129.12 |
| 4 | Nationstar Mortgage, LLC<br>»» P/17 CHELSEA RD/1ST MTG/ORD 12/5 | Mortgage Arrears | $37,217.10 | $13,909.08 | $23,308.02 |
| 5 | Wells Fargo Bank, NA<br>»» TEAM ELECTRIC HTG & CLG | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | Wells Fargo Bank, NA<br>»» TEAM ELECTRIC HTG&CLG | Unsecured Creditors | $10.43 | $0.00 | $10.43 |

**Chapter 13 Case No. 17-18335 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,553.00 | Plan Balance: | $34,427.00 ** |
| Paid to Claims: | $15,709.08 | Current Monthly Payment: | $883.00 |
| Paid to Trustee: | $1,201.54 | Arrearages: | ($10.00) |
| Funds on Hand: | $1,642.38 | Total Plan Base: | $52,980.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**