| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 17-18335 / CMG**

Anthony Joseph Gambaro, Sr.

Petition Filed Date: 04/25/2017
341 Hearing Date: 06/15/2017
Confirmation Date: 07/19/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $883.00 | 3304642 | 02/20/2019 | $883.00 | 3304672 | 03/14/2019 | $883.00 | 57020550 |
| 04/11/2019 | $883.00 | 57763520 | 05/10/2019 | $883.00 | 58525740 | 06/13/2019 | $883.00 | 59365410 |
| 07/11/2019 | $883.00 | 60086870 | 08/15/2019 | $883.00 | 60988170 | 09/12/2019 | $883.00 | 61712590 |
| 10/10/2019 | $883.00 | 62457280 | 11/14/2019 | $883.00 | 63294460 | 12/16/2019 | $883.00 | 64088250 |

**Total Receipts for the Period: $10,596.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $29,149.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Anthony Joseph Gambaro, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | David L Alba<br>»»  ATTY DISCL | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,158.74 | $0.00 | $1,158.74 |
| 2 | TD BANK USA NA | Unsecured Creditors | $1,461.25 | $0.00 | $1,461.25 |
| 3 | BANK OF AMERICA, N.A. | Unsecured Creditors | $5,129.12 | $0.00 | $5,129.12 |
| 4 | Nationstar Mortgage, LLC<br>»»  P/17 CHELSEA RD/1ST MTG/ORD 12/5 | Mortgage Arrears | $37,217.10 | $24,707.26 | $12,509.84 |
| 5 | Wells Fargo Bank, NA<br>»»  TEAM ELECTRIC HTG & CLG | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | Wells Fargo Bank, NA<br>»»  TEAM ELECTRIC HTG&CLG | Unsecured Creditors | $10.43 | $0.00 | $10.43 |

**Chapter 13 Case No. 17-18335 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,149.00 | Plan Balance: | $23,831.00 ** |
| Paid to Claims: | $26,507.26 | Current Monthly Payment: | $883.00 |
| Paid to Trustee: | $1,822.32 | Arrearages: | $873.00 |
| Funds on Hand: | $819.42 | Total Plan Base: | $52,980.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.