Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−18335−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Anthony Joseph Gambaro Sr.
  17 Chelsea Road
  Manalapan, NJ 07726

Social Security No.:
  xxx−xx−7777

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/18/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: February 18, 2021
JAN: dmi

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-18335-CMG
Anthony Joseph Gambaro, Sr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Feb 18, 2021 | Form ID: 148 | Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Joseph Gambaro, Sr., 17 Chelsea Road, Manalapan, NJ 07726-3602 |
| intp | + | Monmouth County Sheriff's Office, Monmouth County Counsel's Office, Hall of Records, Room 236, One East Main Street, Freehold, NJ 07728 UNITED STATES 07728-2278 |
| cr | + | Nationstar Mortgage LLC, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 516785539 | | Champion Mortgage, PO Box 40724, Lansing, MI 48901-7924 |
| 516785541 | | Flr Solution, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 516785542 | #+ | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517149228 | + | NATIONSTAR MORTGAGE, D/B/A Champion Mortgage Co., 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 517068214 | + | Nationstar Mortgage LLC, C/O Robertson, Anschutz & Schneid P.L., 6409 Congress Ave, Suite 100, Boca Raton FL 33487-2853 |
| 517065747 | + | Nationstar Mortgage LLC D/B/A, Champion Mortgage Co, PO Box 619093, Dallas TX 75261-9093 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 18 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 18 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516785538 | + | EDI: BANKAMER.COM | Feb 19 2021 01:28:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516906097 | | EDI: BANKAMER.COM | Feb 19 2021 01:28:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516803285 | | EDI: DISCOVER.COM | Feb 19 2021 01:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516785540 | + | EDI: DISCOVER.COM | Feb 19 2021 01:28:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516840631 | + | Email/Text: bncmail@w-legal.com | Feb 18 2021 21:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516785543 | + | EDI: WTRRNBANK.COM | Feb 19 2021 01:28:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517016465 | | EDI: WFFC.COM | Feb 19 2021 01:28:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021                              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

**Name**  **Email Address**

Albert Russo
 on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
 docs@russotrustee.com

Brian C. Nicholas
 on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

David L Alba
 on behalf of Debtor Anthony Joseph Gambaro  Sr. albalaw@aol.com

Denise E. Carlon
 on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin M. Buttery
 on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company kevinbuttery@gmail.com

Laura M. Egerman
 on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Michael D Fitzgerald, I
 on behalf of Interested Party Monmouth County Sheriff's Office michael.fitzgerald@co.monmouth.nj.us

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9