| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on February 18, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Anthony Joseph Gambaro, Sr.<br><br><br><br>Debtor(s) | Case No.: 17-18335 / CMG<br><br>Chapter 13<br><br>Hearing Date: 2/17/21  at 9:00 AM<br><br>Judge: Christine M. Gravelle |

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 18, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

rev. 5/8/2017

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-18335-CMG
Anthony Joseph Gambaro, Sr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Feb 18, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

**Recip ID    Recipient Name and Address**
db    + Anthony Joseph Gambaro, Sr., 17 Chelsea Road, Manalapan, NJ 07726-3602

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Brian C. Nicholas
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

David L Alba
    on behalf of Debtor Anthony Joseph Gambaro  Sr. albalaw@aol.com

Denise E. Carlon
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Kevin M. Buttery
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company kevinbuttery@gmail.com

Laura M. Egerman
    on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Michael D Fitzgerald, I
    on behalf of Interested Party Monmouth County Sheriff's Office michael.fitzgerald@co.monmouth.nj.us

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9