| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
### Chapter 13 Case No. 17-18335 / CMG

Anthony Joseph Gambaro, Sr.

Petition Filed Date: 04/25/2017
341 Hearing Date: 06/15/2017
Confirmation Date: 07/19/2017

Case Status: **Dismissed After Confirmation on 2/18/2021**

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $883.00 | 64784230 | 02/19/2020 | $883.00 | 65623840 | 03/20/2020 | $883.00 | 66498810 |
| 04/16/2020 | $883.00 | 67171780 | 05/18/2020 | $883.00 | 67969900 | 06/24/2020 | $883.00 | 68874630 |
| 07/30/2020 | $883.00 | 69746940 | 08/31/2020 | $883.00 | 70463830 | 09/29/2020 | $883.00 | 71187820 |
| 11/03/2020 | $883.00 | 72093170 | | | | | | |

**Total Receipts for the Period: $8,830.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $37,096.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Anthony Joseph Gambaro, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | David L Alba<br>»» ATTY DISCL | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $1,158.74 | $0.00 | $1,158.74 |
| 2 | TD BANK USA NA | Unsecured Creditors | $1,461.25 | $0.00 | $1,461.25 |
| 3 | BANK OF AMERICA, N.A. | Unsecured Creditors | $5,129.12 | $0.00 | $5,129.12 |
| 4 | Nationstar Mortgage, LLC<br>»» P/17 CHELSEA RD/1ST MTG/ORD 12/5 | Mortgage Arrears | $37,217.10 | $32,762.86 | $4,454.24 |
| 5 | Wells Fargo Bank, NA<br>»» TEAM ELECTRIC HTG & CLG | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | Wells Fargo Bank, NA<br>»» TEAM ELECTRIC HTG&CLG | Unsecured Creditors | $10.43 | $0.00 | $10.43 |
| 7 | Flr Solution | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-18335 / CMG**

| SUMMARY |
|---|

**Your case was Dismissed After Confirmation on 02/18/2021.**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | |
|---|---|
| Total Receipts: | $37,096.00 |
| Paid to Claims: | $34,562.86 |
| Paid to Trustee: | $2,533.14 |
| Funds on Hand: | $0.00 |